W. B. BYERLY v. GENERAL MOTORS ACCEPTANCE CORPORATION.

(Filed 7 November, 1928.)

**Judgments by Default Final—When May be Rendered.**

 A judgment by default final is irregularly entered upon a pleading that does not allege a sum certain or computable, due upon contract, express or implied. C. S., 595.

APPEAL by plaintiff from *Stack, J.,* at May Term, 1928, of GUILFORD. Affirmed.

*L. B. Williams, Gold & York and Z. I. Walser for plaintiff.*
*Shuping & Hampton for defendant.*

PER CURIAM. This was a motion made by defendant to set aside a judgment by default final. From a careful perusal of the record, we do not think the allegations of the complaint allege breaches of express or implied contracts for sums certain or computable; nor did the complaint allege a promise to pay the total amount sued for. C. S., 595.

The judgment by default final was irregular; the court below found as a fact that defendant had a meritorious defense. See *Supply Co. v. Plumbing Co.,* 195 N. C., 629. The judgment of the court below is

Affirmed.